IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FRANKLYN JAMES ROGERS**                                                          **PLAINTIFF**

v.                                    No. 3:11–CV–270–BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

DATED this 5th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE